IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED

2014 AUG -7  PM 5: 03

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY_____
DEPUTY

| | |
|---|---|
| HERSHALL JOSEPH SHELLEY, § | |
| PLAINTIFF § | |
| § | |
| v. § | CIVIL NO. 1:14-CV-516-LY |
| § | |
| COLORADO STATE UNIVERSITY, § | |
| Colorado State Board of Agriculture, § | |
| Colorado Board of Governors, et al § | |
| in its capacity as the entity charged with § | |
| the general control and supervision of § | |
| Colorado State University, § | |
| DEFENDANTS § | |

## PLAINTIFF SHELLEY'S AMENDED COMPLAINT

Plaintiff Shelley files this amended complaint as authorized by the Federal Rules of

Civil Procedures (FRCP) 15 (a) and prays that the Court will freely grant leave to file an

amended complaint when the interests of justice so require.  Defendants Duff, Kirkpatrick,

James, Hankliz and President Franks have acted in bad faith due to age and race since 2000

until 2014, and will continue unless stopped by this Court.  Plaintiff Shelley protected class

rights have been violated based on age, race, color, national origin and retaliation.  And those

provisions of the Texas Consumer Protection Statutes and the Deceptive Trade Practice Act

(DTPA) in Texas.  The statute of limitations are not barred.  Defendants did the bait and

switch (trade PhD for Masters) and other deceptive consumer protection acts violation during

2013 and 2014.

### INTRODUCTION

1).  Plaintiff, Hershall Joseph Shelley, sued Colorado State University (CSU)/Colorado State

Board of Agriculture/Colorado Board of Governors (later identified in this document as

CSU) on April 30, 2014 in a lawsuit styled Hershall Joseph Shelley v. Colorado State University, Cause No. D-1-GN-14-001245, in the 200th Judicial District Court of Travis County, Texas.  On June 3, 2014, CSU filed a notice of removal to this Federal Court based on diversity jurisdiction.  Defendant CSU is a public university in Colorado, receives Federal Funds (received $5M in 2001 for Plaintiff's Shelley NSF program) in addition to other yearly amounts.  It also has a distance degree program component that enrolled several students (Hershall J. Shelley, Robert Fleming, Robert Schneider, etc) in Texas.  Plaintiff Shelley was enrolled in the employee education plan and Dell Computer Corporation paid eighty (80) percent and Shelley paid twenty (20) per cent from his pocket by way of business checks for three (3) courses.  This was a contractual agreement and thereby a business contract between Shelley, Dell Computer, Dell employees and CSU/Colorado State Board of Agriculture/Colorado Board of Governors.  CSU used deception to request and obtain a $17,000 computer simulation manufacturing seminar contract that Shelley is alleging that CSU and Duff charged for two (2) more students (about $3400) than attended from Texas.  Plaintiff Shelley was the host for Dell Computer Corporation and alleges that he was deceived by CSU and Duff.  CSU had to submit business corporation papers to Dell Computer to obtain this business opportunity.  Therefore, it is alleged that Plaintiff Shelley and Dell was violated in Texas.

2).     Plaintiff Shelley sued CSU and Duff for violations of the Texas Deceptive Consumer Protection Act, Texas Business Code, violations to the elderly, breaching one and more contracts after CSU, Duff, Penley, Dorhout and Franks performed conferral of the PhD, PhD hooding of the degree to Plaintiff Shelley in front of about 3,000 viewers on May 13, 2005. See Exhibit 1.  CSU, President Larry Penley, Vice Provost Dorhout, the Dean of the

Graduate School, current President Tony Frank congratulated Plaintiff Shelley on May 13, 2005.  See Exhibit 2.  And they even placed this and his graduation announcement information in the Colorado newspapers and sent notices by US mail of this event to Plaintiff Shelley by way of the Chairman of the Mechanical Engineering Department and others for many years after this event on May 13, 2005.

3).    This suit should be granted for Texas jurisdiction, because the pleadings support and state a claim upon which relief may be granted with money damages.  The Department of Education (Secretary Arne Duncan-indicated by letter in 2009 to CSU and they started retaliated) has said that a suit is proper where an entity is located or conducts business.  And CSU and Duff certainly conducted business in Texas in multiple ways and on several occasions. See Exhibit 4.

### Jurisdiction and Venue

4).  Jurisdiction and venue is proper in Texas under 28 U.S. Code § 1391 (b) (2)--a judicial district court has jurisdiction when a substantial part of the **events** or omissions giving rise to the claim occurred, or a substantial part of **property** that is the subject of the action is situated.  Plaintiff Shelley was at all times and events a Texas resident, who was a distance student at Colorado State University, but voted and lived in Austin, Texas.  Colorado would not give Plaintiff Shelley state funds for education, and Allen Kirkpatrick, the mechanical engineering chairperson, told him to return to Texas for funds.  The Dell Inc. gave Plaintiff Shelley funds and manufacturing data for PhD through Richard Kromm and John Egan.

5). Colorado State University did not like Texas or Plaintiff Shelley.  CSU and Duff indicated on multiple occasions that Texas had too many resources.  CSU did give state funds

to David A. Hodgson (less than 40 years), and Horizon Briggs (less than 40 years), both residents of Colorado.

| Texas Events and Times | Colorado Times and Events |
|---|---|
| 12 ¾ Years | ¼ Years |

Plaintiff Shelley property losses were in Texas.

| Texas Property | Colorado Property |
|---|---|
| $3,257.67 Stolen Dell Computer | $23,000 Nat. Science Foundation |
| $40,000 Dell Scholarship Funds | |
| $33,000 Dell Stocks | |
| $15,000 Dell Stocks | |
| $260,000 Dell 401k | |

6). This action alleging elderly age and deceptive violations of the Texas Consumer Protection Statutes, the Deceptive Trade Practice Act (DTPA) is the Texas's primary consumer protection statute, and is applied to elderly residences of Texas.  They are codified under the Texas Penal Code Title 7, Offense Against Property, Chapter 31 Theft, Section 31.01 2 (A) to withhold property from the elderly owner permanently, Chapter 32 Fraud (b) a person commits an offense if he forges a writing with intent to defraud or harm another person...trial of the offense that the offense was committed against an elderly individual over sixty (60) years of age. Texas Business Code Section 26.01.  A promise or agreement described in Subsection (b) of this section is enforceable by promise or agreement, or a memorandum of it, is (1) in writing; and (2) signed by the person to be charged with the promise or agreement or by someone lawfully authorized to sign for him or her - See more

at: http://codes.lp.findlaw.com/txstatutes/BC/3/26/26.01#sthash.t1AkABJ2.dpuf(a) A promise or agreement described in Subsection (b) of this section is enforceable unless the promise or agreement, or a memorandum of it, is (1) in writing; and(2) signed by the person to be charged with the promise or agreement or by someone lawfully authorized to sign for him - See more at:

http://codes.lp.findlaw.com/txstatutes/BC/3/26/26.01#sthash.t1AkaBJ2.dpuf

7). This action also alleging Section 102.003 Texas Human Resources Code and a breach of contract ("Contract") claims and deception arising under Texas state law while Colorado State University/Colorado State Board of Agriculture/Colorado Board of Governors was operating, and conducting business in Texas. Defendant Duff had academic and classroom issues with other CSU students. In ME 409, he failed to disclose this to Plaintiff Shelley and Dell while doing business in Texas. Plaintiff Shelley would not have enrolled at CSU and Dell would not have allowed CSU and Duff to perform training with such a poor record. See Exhibit 1.

a) An elderly Texas individual has all the rights, benefits, responsibilities, and privileges granted by the constitution and laws of this state and the United States, except where lawfully restricted. The elderly individual has the right to be free of interference, coercion, discrimination, and reprisal in exercising these civil rights and freedom of speech.

8). All conditions precedent have been exhausted and/or performed prior to the filing of this complaint: Plaintiff Shelley raised the issues of elderly age, and deceptive discrimination with the Texas Consumer Protection Commission on January 16, 2014.

Defendant Duff treated Don Lynch (Anglo student) differently that Plaintiff Shelley (black

student) with at CSU.  Duff allowed Lynch to use Diamond Electric company data, but did

not permit Plaintiff Shelley to use the $1M Dell data for research topic.  .

In addition, Duff asked Richard Kromm for shipping data in violation of FCC rules.  This

was Martha Stewart type data and created a deceptive environment for Plaintiff Shelley and

his association with Dell and Colorado State University.

9).  The jurisdiction of this Court is involved discrimination, bad faith and breach of contract

and under the Texas Penal Code Texas Consumer Protection Statutes, the Deceptive Trade

Practice Act (DTPA) and Texas Business Code.

Title 7, Offense Against Property, Chapter 31 Theft, Section 31.01 2 (A) to withhold

property from the elderly owner permanently, Chapter 32 Fraud (b).

10)   The acts or omissions, breach of contract, bait and switch from PhD to master' degree,

which serve as the basis for this cause of action, occurred in Travis County, State of Texas;

therefore venue is proper in this Court.  Plaintiff Shelley has always resided and lived in

Travis County.  Colorado State University through Professor William S. Duff saw an

opportunity for deception action toward Plaintiff Shelley and the Dell Computer Corporation

of a $3,252 Dell Computer See Exhibit 3.  The theft of this Dell computer began and was in

Texas.  The attempted recovery was in Fort Collins, Colorado.  Also, the Defendant by

incorrect charges for a computer simulation seminar (allegedly charging for several persons

who did not participate), having Plaintiff Shelley to use Dell Computer funds for ME 510

Capital Budgeting ($1700), ME 512 Reliability Engineering ($1700) and ME 513 Simulation

Fundamentals ($1700) courses for a PhD program.  Later, the Defendant Duff violated Texas

Business Code violations, conducted a bait and switch and offered Plaintiff Shelley a

master's degree in breach of the original agreement provided to Plaintiff Shelley by President

Penley, Dean Patrick Pelliguine, and El-Hakim at Colorado State University. See Exhibits 4, 5, 6, 7 and 8 for financial damages and Texas Deceptive Consumer Protection Act email.

## Parties

1. Plaintiff Hershall Joseph Shelley is a natural person whose primary residence is and has always been at 2401 Greenlee Drive, Austin, Texas Travis County, Texas.  Plaintiff Shelley was a distance student while employed at the Dell Computer Corporation in Austin, Texas. Plaintiff Shelley alleges that Colorado State University and other defendants reported him to the National Science Foundation as a regular and not a distance student.  Colorado State University could not find enough Colorado students to claim their part of a $5 million National Science Foundation (NSF) Alliance for Graduate Educational Professoriate grant for five or more years.  Defendants Colorado State University and Duff used and made intimidation and harassment threats of punishment to keep Plaintiff Shelley silence in fear or retaliation about the Dell computer and different treatment to him as a black and part Native American Indian student at Colorado State University.  Brenda Sabbagh, Robert Schneider and other Dell Inc., employees' were Texas residents violated by deceptive consumer product and bad business treatment by CSU and Duff through the deceptive administration of the simulation manufacturing training at the Dell Inc.  See Exhibits A, B and C.

## Statement of Facts

1). This case will consist of three causes of action: elderly age discrimination based on both race (black and Native American Indian) and retaliation, deception of consumer protection and breach of contract/agreement to bait and switch methods toward the elderly in 2013 and 2014.  Plaintiff Shelley had filed a CSU OEO complaint in April of 2013. Defendant Duff had threatened Plaintiff Shelley several times about the Dell computer.

Defendant  Therefore, Plaintiff Shelley told this to Haven, the OEO person. And Haven found it in her old files in OEO building at CSU. But issued an unfavorable investigative report and did not take Duff off Plaintiff Shelley's committee. Sure enough Duff retaliated and told James that Plaintiff had incorrect cites. And CSU tried to get Plaintiff Shelley to accept a master's degree in 2013. However, it was during the summer of 2013 that Plaintiff Shelley discovered that Duff and James had graduated Hodgson and Jang (less than 40 years old) with degrees that were not drafts in 2010. See Exhibits  11 & 12 .

2). Plaintiff Hershall Joseph Shelley was employed at the Dell Computer Corporation in Austin, Texas. Plaintiff Shelley was at all times a full time reside of Texas.

3). Defendant Duff told Plaintiff Shelley, after he became a Colorado State University distance student, to help get him a funded seminar contract at the Dell Computer Corporation in Austin, Texas.

4).Defendant Duff and Colorado State University came to Texas to cause financial harm to Plaintiff Shelley and the Dell Computer Corporation employee's.

5). Plaintiff Shelley got Defendant Duff a $17,000 computer simulation seminar contract at Dell based on his false intentions. It is alleged that CSU and Duff true intentions were to get funds for Colorado State University by deceptive trade and practices.

6). Plaintiff Shelley alleges that Defendant Duff did not return funds for several Dell participates that did not attend (about $3000). Plaintiff Shelley told him that this was the correct and righteous thing to do. Plaintiff Shelley alleges that Defendant Duff did not do correct business.

7). Plaintiff Shelley was laid off from the Dell Computer Corporation.

8). Defendant Duff suggested that Plaintiff Shelley come to Colorado to attend Colorado State University. Defendant Duff used Plaintiff Shelley's race to obtain National Science Foundation (NSF) funds, but made no efforts to obtain state of Colorado funds like he did for David A Hodgson (Anglo student and less than 40).

9). Dr. Omina El-Hakim made an attempt to obtain state of Colorado (RA or TA) funds for Plaintiff Shelley. However, he was turned down by Chairperson Allen Kirkpatrick. But RA and TA funds were found for Horizon Briggs, a similar National Science Foundation (AGEP) scholar in the Mechanical Engineering Department at CSU. Plaintiff Shelley was told that he should go back to Texas and travel back and forward to Colorado State University.

10).Defendant Duff told Plaintiff Shelley "what am I going to get out of getting Plaintiff Shelley the NSF funds?"

11). Plaintiff Shelley passed all CSU classes and maintained a 3.57 GPA.

12). Plaintiff Shelley passed the CSU Mechanical Engineering Diagnosis exams.

13). Plaintiff Shelley passed the CSU Mechanical Engineering Proposal.

14). Plaintiff Shelley was graduated by President Larry Penley and Vice President of the Graduate School, Dr. Patrick Pelican at Colorado State University. CSU placed Plaintiff Shelley's PhD into the public domain by official University publication and numerous US mailings to him.

15). President Penley and Dean Sandra Woods told Plaintiff Shelley to report stolen computer to CSU OEO and they would prevent retaliation against Plaintiff Shelley.

16). Defendant Duff told Plaintiff Shelley he would give him favorable treatment like he did for Robert Meeks and Donald Lynch PhD students, if he took back the second Dell Computer.

17). Defendant Duff took second Dell computer, with FERPA student records and gave to some Colorado charity in order to prevent Plaintiff Shelley from getting it back.

This was a contractual agreement and thereby a business contract between Shelley, Dell Computer, and another Dell employee and CSU. CSU used deception to request and obtain a $17,000 computer simulation seminar contract that Shelley is alleging that CSU and Duff charged for two (2) more students (about $3400) than attended from Texas.

18). The Texas district court jurisdiction is valid because they violated a tort of personal property and injury to Plaintiff Shelley and Dell employees in Texas. **Tort** laws are laws that offer remedies to individuals harmed by the unreasonable actions of others. **Tort** claims usually involve state **law** and are based on the legal premise that individuals are liable for the consequences of their conduct if it results in injury to others (McCarthy & Cambron-McCabe, 1992). The loss of the Dell Notebook computer worth $3,257, the loss of $40,000 from Plaintiff and Dell. CSU and Duff obtained tuition and fees, the loss of Plaintiff $48,248 in E*TRADE Dell stocks, and the approximately $260,000 in Dell 401k funds that CSU and Duff obtained from Plaintiff Shelley for tuition, fees and expenses over thirteen (13) years.

19). The Court has personal jurisdiction over CSU/Colorado State Board of Agriculture. CSU is a state university, but receives federal funds. The pleadings and the styled case allows for CSU to be sued in state and district court in Texas.

This suit should be granted for jurisdiction, and because the pleadings support and state a claim upon which relief may be granted for money damages. The Department of Education has said that a suit is proper where an entity is located or conducts business. And CSU and Duff certainly conducted business in Texas in multiple ways and on

several occasions.  Deceptive and bad business with Plaintiff Shelley, Brenda Sabbagh,

Robert Schneider and other Dell Inc., employees from 2001 to 2013.  See Exhibit 2.

20. CSU had a business relationship in Texas by obtaining and operating a business

contract to train over ten (10) Dell Computer Corporation employees.  Plaintiff Shelley

was one of these ten (10) CSU and Duff manufacturing simulation students.  CSU and

Duff through their distance students program had a contract to pay fees and expenses for

their education, which was the product of CSU.  Plaintiff Shelley is alleging that money

damages arose from or related to these CSU and Duff activities while operating in

Texas.  CSU and Duff benefited by approximately $17,000 for this business opportunity

in Texas.  Then, it is alleged that  CSU and Duff benefited by $3257 for a Dell

Notebook Computer, $40,000 in tuition and expenses, $23,000 of National Science

Foundation funds in tuition, expenses and fees, $48,248 from Dell stocks, and

approximately $260,000 in Dell 401k funds for expenses over thirteen years.

21.  Defendant Duff works for CSU as a professor in the College of Engineering and as

a professor of distance students in the On-line Distance Study Program.  Defendant

Duff enrolls students to fill his on campus and off campus distance courses.  Defendant

Duff is an employee of CSU.  Therefore, the lack of training or negligence by him falls

as a liability on CSU as damages.  CSU has insurance for negligence and tort damages

caused by their professors.  Defendant Duff works for CSU and CSU is liable for his

actions while dealing with CSU businesses and students.  CSU and Defendant Duff

wanted to charge Dell students who did not attend the Dell manufacturing simulation

course.  I told him that this would be wrong and not to do this to Dell.  Plaintiff Shelley

is alleging that CSU and Duff charged for these Dell employees and when layoffs

announcements' were made his name can up sooner for lack of funds for him as a Dell

employee.  Defendant Duff and CSU base their annual budgets for raises, expenses,

etc., on faculty to obtain more CSU students.  CSU and Duff noted this opportunity to

obtain more monies through training and increased enrollment by coming to Texas.

The bait and switch of conferring the PhD in May 13, 2005, and later saying take a

lesser degree is a standard trick to reduce your liability.  Plaintiff Shelley had designs

on getting a job in New York or Alabama, but because of CSU and Duff bait and

switch actions from PhD to masters this injured Plaintiff Shelley.

22. The Eleventh Amendment of the U.S. Constitution was ratified in 1798 in order to

overrule the Supreme Court's decision that a South Carolina citizen could sue the state

of Georgia for money damages. [Chisholm v. Ga., 2 U.S. 419 (1793)].

23. Plaintiff alleges that more torts actions were committed in Texas.  And Texas

Court is the only fair place for this trial.  Colorado generated this tort for Plaintiff

Shelley conferring his PhD and PhD hooding in May 13, 2005.  Incorrectly leading

Plaintiff Shelley with the promise of being done with his PhD in Colorado and then

creating Texas deceptive consumer protection Act, Texas Business Code violations,

breaching one (told President Penley at CSU that he was done) and two obtaining $1M

manufacturing data from Dell Computer Corporation (Richard Kromm) under the false

intentions of helping Plaintiff Shelley at CSU.

24. CSU and Duff had three contracts and contacts with Plaintiff Shelley, over ten (10)

with Dell students and the Dell Computer Corporation in Texas.

25. On or about November of 2011, CSU President Frank indicated by email that no

retaliation would occur for reporting crimes or bad conduct by faculty, staff or students

at CSU.  Plaintiff Shelley reported the stolen Dell computer to President Frank.   No

reply or action was taken by President Frank's.  Later, the CSU and Defendant Duff

that a receipt was available, but never given to Plaintiff Shelley.

## DAMAGES

1).  Because of statutorily impermissible and willful, if not malicious, acts of Colorado State

University, and its representative William S. Duff.   Plaintiff Shelley has suffered loss of

income, loss of benefits, loss of career opportunity, loss of career investment, and loss of

career advancement.  As a consequence of the unlawful and outrageous actions of Colorado

State University and Duff, Plaintiff Shelley has suffered humiliation, loss of standing in the

community, emotional pain and suffering, inconvenience, loss of enjoyment of life, irritation

and mental anguish.  Shelley seeks reinstatement with PhD credentials or monies back,

compensatory and exemplary damages, punitive damages, as well as attorney's fees, and

costs and pre and post judgment interest in the maximum amounts allowed by law.

## RELIEF REQUESTED

Several paragraphs of this complaint are incorporated by reference and made a part of

Relief One through Relief Five inclusive.

## EQUITABLE RELIEF

### Relief One

Equitable and compensatory damages are the only means of securing adequate relief for

Plaintiff Shelley.  He suffered, is now suffering, and will continue to suffer irreparable

injury from Colorado State University unlawful conduct as set forth herein until and unless

enjoined by the Court.

### Relief Two

Plaintiff Shelley is asking Colorado State University to refund in the amount of $3,252.67

plus interest for the Dell Notebook that CSU and Dr. William S. Duff obtained and did not

return to Plaintiff Shelley. Defendant Duff placed a negative photograph of the Statue of

Liberty on the first computer that indicates a state of mind about the United States of

America. See Exhibit 8.

### Relief Three

Plaintiff Shelley request Colorado State University to refund $40,000 plus interest to

Michael S. Dell and the Dell Computer Corporation. Plaintiff Shelley had an agreement

with Vice Thurman Woodward to repay Dell the $40,000 after obtaining the PhD from

Colorado State University and going to work at some Historic Black College University

(HBCU) or Native American Indian Tribe in the United States. This has not happened

because of unequal treatment by Duff and other Defendants.

### Relief Four

Plaintiff Shelley is asking Colorado State University to return $23,000 to the National

Science Foundation for educational and research funds obtained in a deceptive manner for

him.

### Relief Five

Plaintiff Shelley is asking Colorado State University to return $48,248 deceptively taking

from Plaintiff Shelley and approximately $260,000 in Dell 401k funds obtained by

deceptive methods by Defendants Colorado State University and Duff. See Exhibit 9, 10,

11 and 12.

### PRAYER FOR RELIEF

Plaintiff Shelley requests the court grant reliefs to him as follows:

1). All equitable damages for violations for the Texas Deceptive Consumer Protection Act by Colorado State University;

2). compensatory damages for violation of the Texas Business Code by Colorado State University against Plaintiff Shelley

3). reasonable attorney's fees, together with his costs based upon the applicable statute;

4). all damages resulting from its breach of contract and agreement, and deceptive consumer treatment to the elderly

5). all damages resulting from its breach of agreement and bait and switch tactics.

6). all tort based damages for injuries suffered ($5,300) due to fall in snow exiting engineering building.  President Franks and CSU did not clear snow and was negligence at CSU on April 17, 2013.  Dr. Jonathan Clark Race had me in physical therapy for two (2) months.

7). any and all other further relief as the Texas Court determines justice and equity to Plaintiff Shelley, the Dell Computer Corporation, and others.


**CONCLUSION**

Plaintiff Shelley prays that this Court grant this lawsuit under 28 U.S. Code § 1391 (b) (2)--a judicial district court has jurisdiction when a substantial part of the **events** or omissions giving rise to the claim occurred, or a substantial part of **property** that is the subject of the action is situated in Texas.  Colorado State University/Colorado State Board of Agriculture /Colorado Board of Governors conducted business in Texas on multiple occasions: 1).Started the theft of the second Dell computer while Plaintiff Shelley was in Texas, 2). offered

simulation manufacturing training to over ten (10) Dell employees and two (2) Dell

employees that did not attend, 3).conducted distance classes to Plaintiff Shelley, Robert

Flemings and other Dell employees over the years (2000-2013), and 4). during business and

courses with Solar Energy and Engineering Systems (2005-2013).  See Exhibit 9 and 10.

5). Conducted deceptive bait and switch (PhD for master's) while Plaintiff Shelley was in

Texas (March and April 2013 and 2014) and (6). Authorized to take other CSU and Duff

FERPA student records across Texas border (2005-2014).

Respectfully submitted,

Hershall Joseph Shelley, Pro Se
2401 Greenlee Drive
Austin, Texas 78703
Tel: (512) 477-3136
Hershallshelley077@gmail.com

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing **PLAINTIFF SHELLEY'S MOTION TO AMEND ORIGINAL COMPLAINT** has been served to the Court and First Class Mail upon the person listed below on August 7th, 2014.

Nanneska N. Hazel
114 W. 7th Street, Suite 1100
Austin, Texas 78701
(512) 495-1400

**ATTORNEYS FOR DEFENDANT**

# EXHIBIT 1

## GRADUATE SCHOOL COMMENCEMENT
### MAY 13, 2005

### ORDER OF CEREMONY

Processional ...................................................................................................................... A Touch of Brass

National Anthem ......................................................................................................................... Dr. Todd Queen

Welcome ............................................................................................... Interim Vice Provost Peter K. Dorhout

Citation of Honorary Degrees ............................................ Senior Vice President and Interim Provost Anthony A. Frank

Presentation of the Honorary Degrees to Mr. Robert S. Everitt and Mr. Tom J. Gleason ..................................... President Larry Edward Penley

The Doctor of Philosophy Degrees
    Presentation of the Candidates ............................................................................ Interim Vice Provost Dorhout
    Conferral of the Degrees .............................................................................................. President Penley
    Hooding of the Degree Recipients ....................................................................................... Major Professors

The Master's Degrees
    Presentation of the Candidates ............................................................................ Interim Vice Provost Dorhout
    Conferral of the Degrees .............................................................................................. President Penley

Charge to the Class ......................................................................................................................... President Penley

Concluding Remarks ...................................................................................................................... Dr. A. Fred Kerst

Alma Mater ....................................................................... Dr. Queen, the Graduates, and A Touch of Brass

Recessional ...................................................................................................................... A Touch of Brass

*[Handwritten annotation: HERSHALL J. SHELLEY WAS CONFERRED 8THD HOODED BY PENLEY 4 DOHE ON]*

The names of the graduates are announced by Ms. Lynne Warner and Ms. Mary Boevers.

Marshals: Dr. Jerry Eckert, Agricultural and Resource Economics; Dr. Gene Gloeckner, School of Education; Dr. R. Kraig Peel, Animal Sciences; Dr. Michelle Wilde, Library; and Ms. Janis Johnston, Sociology.

## MEMBERS OF THE PLATFORM

Dr. A. Fred Kerst, Member, Board of Governors of the Colorado State University System
Dr. Larry Edward Penley, President and Chancellor of the Colorado State University System
Dr. A. Ray Chamberlain, First Recipient of a Ph.D. from Colorado State University
Dr. Anthony A. Frank, Senior Vice President and Interim Provost
Mr. Robert S. Everitt, Honorary Degree Recipient
Mr. Tom J. Gleason, Honorary Degree Recipient
Dr. Steven R. Abt, Interim Dean, College of Engineering
Dr. Joyce Berry, Dean, College of Natural Resources
Dr. Peter K. Dorhout, Interim Vice Provost for Graduate Education
Mr. Donald R. Fry, Vice President for University Development and Advancement
Dr. Henry S. Gardner, Jr., Interim Vice President for Research and Information Technology
Dr. Tom Gorell, Interim Vice Provost for Faculty Affairs
Dr. Heather Hardy, Dean, College of Liberal Arts
Dr. Tom Holtzer, Associate Dean for Research, College of Agricultural Sciences
Mr. Keith Ickes, Vice President for Administrative Services
Mr. George Jaramillo, Assistant Dean of Libraries
Dr. Linda Kuk, Vice President for Student Affairs
Dr. April Mason, Dean, College of Applied Human Sciences
Dr. Ajay Menon, Dean, College of Business
Dr. C.W. Miller, Chair of Faculty Council
Dr. Rick Miranda, Dean, College of Natural Sciences
Dr. Kevin Oltjenbruns, Vice Provost for Undergraduate Studies
Dr. Lance Perryman, Dean, College of Veterinary Medicine and Biomedical Sciences
Dr. Sandra Woods, Interim Vice Provost for Special Projects
Dr. Barry Beaty, University Distinguished Professor
Dr. James Boyd, University Distinguished Teaching Scholar
Dr. Louis Hegedus, University Distinguished Professor
Dr. Kate Kiefer, University Distinguished Teaching Scholar
Dr. Edward Redente, University Distinguished Teaching Scholar
Dr. Stephen Withrow, Marshal, University Distinguished Professor

## ROBERT S. EVERITT
### Honorary Degree, Doctor of Humane Letters

Bob Everitt, chairman and CEO of Everitt Enterprises Inc., is one of Fort Collins' most prominent business and community leaders. In 1953, Everitt moved to Fort Collins to manage a recently acquired lumberyard and expanded the business into real estate development. Under his leadership, the Everitt Companies have grown extensively, and Everitt is active in the Fort Collins community as chairman, president, or board member of leadership organizations. He has given generously of his time, talent, and financial resources to the Fort Collins community and Colorado State University. In addition, Everitt has been honored with many awards.

## TOM J. GLEASON
### Honorary Degree, Doctor of Humane Letters

Tom Gleason, chairman of First National Bank in Fort Collins, has invested much of his time, energy, and expertise to build Fort Collins and Northern Colorado over the past five decades. He began his career as installment loan manager of First National Bank in 1956 and built the small community bank into the dominant bank of the region. As a community leader, Gleason has served as a trustee of three nonprofit organizations, and numerous nonprofit organizations have benefited from Gleason's time and generosity. He has been a strong supporter of Colorado State University and has mentored and helped many students and alumni pursue entrepreneurial interests and create jobs along the Front Range. He also has supported First National Bank employees pursuing higher education degrees.

# THE COLLEGE OF ENGINEERING IS EXTREMELY PROUD TO ANNOUNCE OUR SPRING 2005 GRADUATES

ATMOSPHERIC SCIENCE
Master of Science
James Benedict
Brenda Dolan
Todd Ellis
Kimberly Mueller
Takanobu Yamaguchi
Sheri Conner-Gausepohl
Katherine Corbin
Jason Furtado
Matthew Nielsen
Jih-Wang (Aaron) Wang

Doctor of Philosophy
Cristiana Stan
Kyle Wiens

BIOMEDICAL ENGINEERING
Master of Engineering
Lyndsey Carlaw
Clara McDaniel
Lisa Miller
Katie Stodola

BIORESOURCES AGRICULTURE ENGINEERING
Bachelor of Science
Eric Neporud
Mikel Olander
Zach Thode
Nicholas Jackson

CHEMICAL ENGINEERING
Bachelor of Science
Salah Ali
Bo Bothwell
Jared Emmons Σ
James Glenn
Miranda Grote
Trevor Hobson
Kathryn Huxford
Nella Kashani
Shawn Klawitter
Emily Levi Ω
Chan Linzman
David Miller
Lloyd Miller II
Brenna Morgan
Anthony Narcisco Ω
Natasha Peterson
Nicholas Petraglia Ω
Audra Salms
Dawna Virdell
Travis Wise
Karema Worayeth
Heather Wyatt

Master of Science
Tracey Kaiser
Cassandra Rodriguez
Jason Jerke
Joanna Thomas
Brian Twitchell

Doctor of Philosophy
Ninad Gujarathi
Ryan Songer
David Hodge
Ahmed Khogeer

CIVIL ENGINEERING
Bachelor of Science
David Beiswenger
Matthew Bolling
John Boulden
Tristan Burm
Chris Burnett
Aaron Burt
Dillon Cowan Ω
Brandon Currey
Jennifer Davis
Kyle Donovan
Michael Dunham
John Eklund
John Erickson
Paul Espinoza
Tracey Farrow
Daniel Ferrin
Ryan Fleming Σ
Michael Flick
Noah Friesen Σ
Jeffrey Goodell
Ryan Gray
Adam Green
Michael Greenen
Christopher Hessek
Brendan Hines
David Johnson Ω
Eric Johnson
Joshua Johnson
Ryan Kennedy
Elizabeth Kidney
Craig Kopasz
Minh-Chau Diep Le
Julia Majkrzak
Jason Mapes
James McKelvie
Andrea Menchaca Ω
Ashley Meyer Ω
John Meyers Jr
Karol Mlodonski
Matthew Monger
Jeff Murcer
Luke Myers
Sara Natelli
Steve Patterson
Stephen Pitton
Adam Prior
Heath Prow
Clayton Richards
Luke Ringenberg
Jennifer Romano
Travis Rounsaville
Victoria Rupp
Eric Sohey
Daniel Schiltz
Gregory Schram
Cara Shonsey
Sean Stellish
Seminare Taafua
Brian Thielen
John Trency
Matthew Tripler
William Welborn
Matt Young
Tony Zancanella

Master of Science
Lucas Babbit
Treena McClellan
Nicholas Miller
Ayman Alzraiee
Jarbou Bahrawi
Mae Benvenga
Joseph Donnelly
Elgaali Elgaali
Robert Erskine
Elizabeth Fagen
Matthew Hayes
Blair Hurst
Forrest Jay
Kristoph Kinzli
Christopher Messersmith
Arun Nair

Doctor of Philosophy
Craig Boroughs
Jaeyong Chung
Suseno Darsono
R Blair Hanna
Paulo Hemsi
John Kochendorfer
Zan Traore

ELECTRICAL AND COMPUTER ENGINEERING
Bachelor of Science in Computer Engineering
Jeffrey Brateman Ψ
Henry Dittmer
Benjamin Fell
Rich Harrington
Christopher Hoover
Steven Loucks
Jonathan Martin Ψ
Timothy Mason
Jay Matthews
Borys Senyk
James Walpole
Joseph White

Bachelor of Science in Electrical Engineering
Christopher Andersen
Yohannes Aregawi
Nicholas Arnold
Hussain Baaqeel
Justin Balhiser
James Bishop
Katie Bonnette
Younes Ben-Brahim
Courtney Brewer Ψ
Gerald Castillo
Yung-Hui Winsor-Chen
Patrick Corrigan
Joyen DeHerrera
Aaron Doering
Garrett Durland
Bryce Eldridge Ψ
Chris Goldsmith
Brandon Grant
Jon Grooters
Jon Hall
Benjamin Hanson
Brian Hardouin
Lorenzo Harris II
Chris Hofbauer
Eli ImMasche Σ
Matthew Johnson
Joseph Liberatore
Gabriel Martinez
Skylar Marvel Ω
Ahmed Nassier
Matt Newbill
Jeffrey Pacini
Annette Riva
James Peterson
Phil Robins
Nicholas Roseveare Ψ
Emily Shideler Σ
Michael Steigerwald
Bryan Thompson Ω
Jeremy West

Master of Engineering
Hariprasad Devanath
John Pax

Master of Science
Kranthi Bodepudi
Shantanu Datar
Ann Dummer
Stephen Dussinger
Joshna Edupuganti
Kumara Guru
Ben Hoover
Eric Konizer
Fazal Lakhya
Tyson McGuffin
Nathan Peirce
Michael Raskey
Abdul Matheen Raza
Prasanna Sugavanam
Charles Thangaraj
Makoto Yamada
Haiyan Zhao

Doctor of Philosophy
Xueping Jiang

ENGINEERING SCIENCE
Bachelor of Science
Aaron Cunningham
Adrienne Iguchi
James Perkins
Annette Rivas
Brian Wilkerson
Courtney Wright

ENVIRONMENTAL ENGINEERING
Bachelor of Science
Jonathan Cullor
Paul Fagette
Jonathan Herman
Yun-Hsiang Huang
S. Kyle McKay
Michael Taucher
Gavin Shigeki Yiu Ghin Woo

MECHANICAL ENGINEERING
Bachelor of Science
Kirk Alley
Brian Althouse
Allyson Antonio
Daniel Anttila
Derek Aragon
Benjamin Arts
Aaron Asmussen Ψ
Robbie Atkinson
Michael Auen
Jason Barta
Seth Bell Ω
Tad Bjorlie
Joshua Bloomfield
Andrew Bushanam
Chris Cappello
Joshua Cassidy
Scott Chase
Ricardo Chavez
Joshua Cirbo
Scott Clair
Jason Coburn
Travis Cochran
Michael Conboy Σ
Robert Cullen
Ashley Davis
Ken de Almeida
Jesse Dean
Kristin DeLalla Ω
Jon Deppe
Nicholas Diller
Daniel Dinsmore
Paul Doyle
August Eaker
Steven Elder
John Elliott
Greg Folaum
Kenneth Fratzke
Chad Gleaton
Brian Healer
Timothy Hinerman Ω
Christopher Huff
Seth Jansen Ω
Patrick Jennett
Scott Johnson
Marcus Jones Ψ
John Klish
Corey Kopriva
Kevin Kreck
Tim Lancaster
Jason Lechman
James Legoza
Justin Lisowski
Daniel Lombardi
Jason Lovegren Σ
Chris Manning
Michael Maraccini Ω
Andrew Mauzy
Jeremy Meyer
Conor Neary
Jeremy Nelson
Timothy Newell
Chad Olsen
Kyle Ordway
Bryan O'Rourke
Kenneth Powell
Kristopher Quillen Ω
Filemon Rael
Kyle Rahrig
Troy Rippe
Adam Rosenbaum Ω
Jason Schmidt
Dennis Schmitt Ω
Calvin Sellens
Robyn Shaffer
Crystal Simon Σ
Megan Sloan
Joshua Smith
Dmitrey Smushkov
Brian Somerville
Brian Stahlhammer
Nick Stites Σ
Curtis Stovall
Sean Sullivan
David Sweeney
George Taylor
Joseph Vaccari
Dominic Vigil
Kirk Vissat
Michael Vrabel
Travis Walters
James Warren
Michael Watt
Matthew Wiley
Alex Will
Dave Wilson
Brady Woolley
Aaron Zimenoff

Master of Engineering
Robert Adair
Michael Blanchard
John Karspeck
Chris Manspeaker
Hendi Riyanto

Master of Science
David Lee Aherns
Julie Amaden
Lucas Andrews
William Barnes
Bordin Dechawatanapisal
Scott Eakle
David Hodgson
Jeff Hoss
Sharma Hura Shankarananda
Stephen Jackinsky
Jeffrey Joronby
Joel Lentz
Jason Marini
Ted Moosman
Nagabhushan Narasimhamurthy
Bret Nickels
Paulo Cesar Velasco Tabares
Toru Takamiya
Shane Woods

Doctor of Philosophy
Amy Lee
Hershall J. Shelley
Sangwon Kim

Ψ SUMMA CUM LAUDE Σ MAGNA CUM LAUDE Ω CUM LAUDE

EXHIBIT 2

ALLOWED TO GRADUATE AND PLACED IN PUR...

*EXHIBIT 3* (handwritten)

# DELL

|  |  |  |
|---|---|---|
| | This is your **ACKNOWLEDGMENT** | Page: 1 of 2 |

PID Number: 74-2616805
Sales Rep: ALISON PEIN
For Sales: (800)426-5150
Sales Fax: (800)727-8320
Customer Service: (877)773-3355
Technical Support: (800)624-9896
Dell Online: http://www.dell.com

Customer Number: 014298750
Purchase Order:
Order Number: 603724014
Order Date: 07/06/01

04 01 A 01 01 N

Invoice Number: **603724014**

Invoice Date: 07/09/01
Payment Terms: AMERICAN EXPRESS
Shipped Via: UNAUTHORIZED
Waybill Number: 752880927121

**SOLD TO:**
#BWNHKPV
#0142 9875 02#   10.1.4019 1 AB 0.280 86199S11.XRX 1 of 2
HERSHALL J SHELLEY
ENGINEERING SYSTEMS
2401 GREENLEE DR
AUSTIN TX 78703-1712

**SHIP TO:**
WILLIAM S DUFF
ENGINEERING SYSTEMS INC
1604 LINDENWOOD DR
FORT COLLINS CO 80524

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

*(handwritten notes)* DR. IS DUFF SAID HE WAS GOING TO GIVE TO COLO DO 11/6/03 SEAK3 PROGRAM WOULD OR DIP. NEVER BUT... DE MEN ON AIBINA WILL NOT ASK FOR FEAR HE WILL HURT MY EXP.H.D EXPROS (PRI?) 7/25/04

| Order | Shipped | Item Number | Description | Unit Price | Amount |
|---|---|---|---|---|---|
| 1 | 1 | 220-6670 | Latitude C600,1GHz,Pentium III 14.1,SXGA+,English | 3,064.00 | 3,064.00 |
| 1 | 1 | 311-1724 | 128MB,1 DIMM,SDRAM, For Dell Latitude Notebooks,Factory Install | 0.00 | 0.00 |
| 1 | 1 | 340-7943 | 20GB Hard Drive,8.5MM for Dell Latitude C600/C500 Notebooks, Factory Install | 0.00 | 0.00 |
| 1 | 1 | 420-3054 | Windows 2000,Service Pack 1, English,for Dell Latitude C600 /C500 Notebooks,Factory Instal | EA | 0.00 | 0.00 |
| 1 | 1 | 310-5568 | Grey Microsoft PS2,6 Pin,2 Button,Intellimouse for Dell Latitude Notebooks,Tied | EA | 0.00 | 0.00 |
| 1 | 1 | 430-3569 | TrueMobile 1150PC,Wireless, PCMCIA,Network Card,for Dell Latitude Notebooks, Tied | EA | 0.00 | 0.00 |
| 1 | 1 | 313-0657 | Internal Actiontec Mini-PCI Modem for Dell Latitude C600/ C500/C800 Notebooks,Factory Install | EA | 0.00 | 0.00 |
| 1 | 1 | 313-2802 | 6-4-4-24X DVD with Software/CD Read Write Combo for Dell Latitude C600/C500/C800/L400 Notebooks,Factory install | EA | 0.00 | 0.00 |

* Service contract may be subject to sales tax.
Any on-site or other service covers Dell system hardware only.
PLEASE KEEP ORIGINAL BOX FOR ALL RETURNS. THIS PURCHASE AMOUNT WILL BE SHOWN
ON YOUR AMERICAN EXPRESS STATEMENT FOR PAYMENT.

# DELL

Invoice Number: 603724014
Customer Number: 014298750
Purchase Order:
Order Number: 603724014

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 77.00 |
| Subtotal | $ | 3,161.00 |
| Taxable: $  3,161.00 | Tax: $ | 91.67 |
| Total | $ | 3,252.67 |
| AMERICAN EXPRES | $ | 1,652.67 |
| VISA | $ | 1,600.00 |
| | $ | |
| Balance | $ | 0.00 |

EXHIBIT A



**WebMail - [Fwd: Hershall]**

Delete | File | Create | Reply | Reply All | Forward | Previous | Next | Options | Inbox

Help

**Date Sent:** Friday, February 18, 2005 10:10 AM

**From:** Omnia El Hakim <omnia@engr.colostate.edu>    Add to Address Book

**To:** James Kador <jkador@engr.colostate.edu>

**Cc:** Tricia Wright <twright@engr.colostate.edu>,

**Subject:** [Fwd: Hershall]

Status    ☐ Urgent ☐ New

James,

Please include this email ( from Hershall's advisor Dr. Duff) , with the letter of request from Mr. Hershall Shelley and please document all in his file. Also, please proceed with this semester's last payment of $ 1.250.00 to support him during his completion of his doctoral degree.

Thanks,

Omnia
=================        ==

-------- Original Message -
 **Subject:** Hershall
   **Date:** Tue, 15 Feb 20      46:53 -0700
 **From:** William Duff <bill d      r.colostate.edu>
   **To:** Omnia El-Hakim <omnia@engr.colostate.edu>

*PROMISE/ AGREEMENT*

Hershall is making good progress on finishing his dissertation.  We are planning on finishing all work by the end of this semester.  I know Hershall will appreciate the additional funding.  Thanks.

🔒 Secure mode active.

Powered by Infinite Mobile Delivery v2.6 -- © Copyright 1995-2002 by Captaris

7/13/2005 7:36

EXHIBIT 6

Ref: 00102691 00446699

**WORKING WEALTH**SM
AT SMITH BARNEY

**myFi**SM
**Client Statement**
June 1 - June 30, 2008

*Account number 20P-06910-15 FLS*

F080001O2691 308182AA01 FSGFO001A
HERSHALL SHELLEY
6411 BRIGEWATER ST
AUSTIN TX 78723-3907

Your Broker/Dealer is
**CITIGROUP GLOBAL MKTS INC.**
*Your Financial Advisor*
myFi
111 WALL STREET
3RD FLOOR
NEW YORK   NY 10005
877 357 0888
www.smithbarney.com

S STEVEN WITS MAN @ morgo-stanley, com

Securities are offered through Citigroup Global Markets Inc. (member SIPC). Smith Barney is a division and service mark of Citigroup Global Markets Inc. and its affiliates and is used and registered throughout the world. myFi is a business of Smith Barney. Working WealthSM and myFiSM are service marks of Citigroup Global Markets Inc. Citi with Arc Design is a registered service mark of Citigroup Inc. Insurance is offered through SBHU Life Agency Inc. or another insurance agency affiliate licensed in your state. www.citi.com/us/insurance. Citigroup Global Markets Inc.,Citibank and SBHU Life Agency Inc. are affiliated companies under the common control of Citigroup Inc.

**Account value**

| | Last period | This period | % |
|---|---|---|---|
| Cash balance | $ -200.00 | $ -200.00 | |
| Common stocks & options | 32,468.48 | 30,807.04 | 100.00 |
| **Total value** | **$ 32,268.48** | **$ 30,607.04** | **100.00** |

**Gain/loss summary**

| | This period | This year |
|---|---|---|
| Unrealized gain or (loss) to date | $ 0.00 | |

**Cash, money fund, bank deposits**

| | This period | This year |
|---|---|---|
| Opening balance | ($ 200.00) | |
| Deposits | 0.00 | 200.00 |
| Withdrawals | 0.00 | (200.00) |
| Closing balance | ($ 200.00) | |

A free credit balance In any securities account may be paid to you on demand. Although properly accounted for on our books and records, these funds may be used for our business purposes.

**Portfolio summary**

| | This period | This year |
|---|---|---|
| Beginning total value (excl. accr. Int.) | $ 32,268.48 | $ 34,310.08 |
| Net security deposits/withdrawals | 0.00 | 0.00 |
| Net cash deposits/withdrawals | 0.00 | 0.00 |
| Beginning value net of deposits/withdrawals | 32,268.48 | 34,310.08 |
| Total value as of  6/30/2008 (excl. accr. Int.) | $ 30,607.04 | $ 30,607.04 |
| Change in value | ($ 1,661.44) | ($ 3,703.04) |

citi smith barney

EXHIBIT 6

# SMITH BARNEY

A Member of TravelersGroup

Ref: 00000778 00003625

## Client Statement
### September 28, 1997

HERSHALL SHELLEY

Account number 781-23022-11 076

### Investment activity

**Transaction details**

| Date | Activity | Description | Quantity | Price | Amount |
|------|----------|-------------|----------|-------|--------|
| 09/17/97 | Bought | DELL COMPUTER CORP SMITH BARNEY IS A MARKET MAKER | 60 | $ 88.187 | $ -5,341.25 |
| 09/26/97 | Bought | DELL COMPUTER CORP SMITH BARNEY IS A MKT MAKER TRADE AS OF 09/23/97 | 100 | 100.75 | -10,080.00 |

**Total securities bought and other subtractions** $ -15,421.25

**Total securities sold and other additions** $ 0.00

### Deposits

| Date | Description | Amount |
|------|-------------|--------|
| 09/16/97 | DEPOSIT RECEIVED AT 00781 - AUSTIN TX | $ 5,341.25 |
| 09/26/97 | DEPOSIT RECEIVED AT 00781 - AUSTIN TX | 10,080.00 |

**Total deposits** $ 15,421.25

E*TRADE

*EXHIBIT*

*F*



E✶TRADE   QUOTES: [____] [GO]   SITE MAP | HELP   [LOG OFF]

Home | Portfolios | Markets | Quotes & Research | ▼ Trading | Account Services | ❖ Gift Guide

December 23, 1999 5:25 PM EST

**Stocks**
Enter Order
Enter After Hours Order
View Open Orders
Stocks & Options Center

**Options**
Enter Order
View Open Orders

**Mutual Funds**
Enter Order
View Open Orders
Mutual Fund Center

**Bonds**

**IPOs**

**Trading History**

**Switch Accounts**

**Transfer Cash**

**Power E*TRADE**

[✉ ALERTS]   E*TRADE Account Alert ▼

Account: Y40053-0001 1032-9151   Switch Accounts

| # | DATE | P | TRANSACTION | SECURITY | QTY | PRICE |
|---|------|---|-------------|----------|-----|-------|
| 1 | 12/22/99 | P | Rejected Buy | SNRA | 50 | 50 |
| 2 | 12/22/99 | P | Rejected Buy | YHOO | 50 | 350 |
| 3 | 12/22/99 | P | Revrs Cxl Buy | YHOO | 50 | 350 |
| 4 | 12/22/99 | P | Order to Buy | AMAT | 50 | 95 |
| 5 | 12/23/99 | P | Order to Buy | SNRA | 50 | 45 |
| 6 | 12/23/99 | P | Order to Buy | YHOO | 50 | 350 |

APPROX $260,000

System response times may vary due to a variety of factors, including trading volumes, market conditions, and system performance.
Copyright © 1999 E*TRADE Securities, Inc. All rights reserved.
Member NASD/SIPC. User Agreement. Privacy Statement. Version 2.0.

EXHIBIT 8

# SMITH BARNEY

A Member of TravelersGroup

Ref: 00000778 00003624

## Client Statement
### September 28, 1997

Account number 781-23822-11 076

*Your Financial Consultant*

MORRIS GOTTESMAN
**SMITH BARNEY**
221 WEST SIXTH ST.
SUITE 1400
AUSTIN,   TX 78701
512-480-8833

Branch: 800-234-1940

I9707623822781000000778  297269AN01  CPGFO232A
HERSHALL SHELLEY
2309 GREENLEE DRIVE
AUSTIN TX  78703-1710

## Account value

|         | Last period | This period |
|---------|-------------|-------------|
| Stocks  | $ 0.00      | $ 15,960.00 |
| Net value | $ 0.00    | $ 15,960.00 |

## Cash balance

|                                        | This period |
|----------------------------------------|-------------|
| **Opening balance**                    | $ 0.00      |
| Securities bought and other subtractions | -15,421.25 |
| Securities sold and other additions    | 0.00        |
| Deposits                               | 15,421.25   |
| **Closing balance**                    | $ 0.00      |

## Portfolio details    The values of your holdings are as of 09/26/97.

| Common stocks | Exchange | No. of shares | Price | Yield | Anticipated income (annualized) | Market value | Research* Rating | Comment |
|---------------|----------|---------------|-------|-------|--------------------------------|--------------|------------------|---------|
| DELL COMPUTER CORP | OTC | 160 | $ 99.75 | | | $ 15,960.00 | 3/H | Symbol: DELL\|Rated: B |
| Total stocks | | | | | $ 0.00 | $ 15,960.00 | | |

*Please refer to the back of page 1 for definitions of research ratings.

EXHIBIT 9

https://billpay.wellsfargo.com/billpay/application/PayeeInfo?trnpald=4205491904&viewA...  |  Payees

Sign Off   Home   Locations   Contact Us   🔒 Online Security Guarantee

**WELLS FARGO**

Wells Fargo Business Online®

| Accounts | Transfers & Payments | Brokerage | Account Services | Messages & Alerts ✉ | Online Solutions | Open an Account |

| Overview | Bill Pay | Transfers |

Bill Pay Overview | Payments | Payees | eBills | Reports | Notices | User Profile

**Payee Details**

Payee Information for **COLORADO STATE U**                                  Edit Payee | Delete Payee

COLORADO STATE UNIVERSITY
Address on File

Account Number: 823913049
Payee Status: Active
Name on Account: SOLAR ENERGY AND ENGINEERING
Payee Nickname: COLORADO STATE U

Display on Bill Pay Overview:  Currently Displayed | Do Not Display

**Payment Details**                                                                          Edit

Default Payment Account: XXXXXX0876 BUSINESS CHECKING
Payment Option: Manual
Category: Education
Memo/Invoice #: 823913049

Set up automatic payments

**Notifications**                                                                            Edit

Payment Notifications

On   Email me when a payment has been made.
Off  Email me day(s) before an automatic payment is sent.
Off  Email me when the date of an automatic payment is adjusted.
Off  Email me when automatic payments have expired.
Off  Remind me when a payment is due. (Displays on the Bill Pay Overview Page.)

*PLAINTIFF SHELLEY HAD MULTIPLE YEARS BUSINESS RELATIONSHIP WITH CSU/COLORADO STATE BOARD OF AGRICULTURE*

Make Payment

*For your convenience, Wells Fargo Bill Pay stores the addresses for many billers that we have already established a relationship with. You cannot change the address we have on file. The biller contacts us directly if the address changes and we automatically update your account information.

Go to Bill Pay Overview

**Quick Links**

Set up automatic payments
View payment history
Edit Categories

**Payees Help**

To change your Payee name or address, you must delete the current payee and add a new payee with the new information.

Learn more about:
Display
Nickname
Payment Account

? Help



urses

EXHIBIT 10

## Colorado Consortium for Independent Study

Through the Colorado Consortium for Independent Study, Colorado State and nine other institutions offer a wealth of opportunity for learners from across the country — indeed around the world — to earn academic credit, a certificate, or possibly a degree. Independent Study means much more than traditional print-based correspondence courses. Increasingly, courses make use of slides, audiocassettes, videocassettes, electronic mail, and the Internet to provide the most effective learning activities.

The members of the Colorado Consortium for Independent Study are:

Adams State College
Colorado State University
Colorado State University, Pueblo
Fort Lewis College
The Metropolitan State College of Denver
University of Colorado at Boulder
University of Colorado at Colorado Springs
University of Northern Colorado
University of Southern Colorado
Western State College

Call Continuing Education at (970) 491-5288 or toll-free (877) 491-4336 for a current Colorado Consortium for Independent Study catalog. Visit the Web at www.colorado.edu.ccis/.

## National Universities Degree Consortium

Through the National Universities Degree Consortium (NUDC), Colorado State extends the value of its distance learning courses. NUDC offers more than 1000 courses, 11 credit certificates, 31 bachelor's degrees, and 41 graduate degrees through distance education.

The accredited universities that make up the membership of the NUDC are:

Colorado State University
Kansas State University
Mississippi State University
Oklahoma State University
University of Alabama
University of Houston System
University of Missouri
University of New Orleans
University of South Carolina
Washington State University
Weber State University

*CSU DOES BUSINESS IN TEXAS*

For more information, visit the Web at www.nudc.org/

---

**Left column (partial):**

:iences

ogy (4 cr.); F,S,U
: BS 230 (Animal
Physiology) or BS 300
Human Anatomy and
istructor may waive
sed on individual student
Credit not allowed for
31 and BS 330
Anatomy).
: This course is a study of
nd function of cells,
gans. Particular
aced on observations at
pic level. The course uses
igh-resolution
nd images of human and
al tissues. Laboratories
g and identifying
uctures at low, medium,
mmersion views.
urse follows University
dule.
Online

estic Animal Anatomy

: BY 102/LSCC 102
Living Systems) or BZ
0 (Principles of Animal
dit allowed for only one of
VS 333, BS 230 (Animal
Physiology) and BS 231
ny of Domestic Animals),
estic Animal Gross

e functional anatomy of
, and cow.
urse follows University
dule.
Online

---

ke a difference in the lives of youth.

## ains Interactive Distance Education Alliance (Great Plains IDEA)

Human Sciences

rogram: The Great Plains IDEA program allows students to earn a master's degree or graduate certificate in youth
it entirely online. Students apply for admission to any one of the participating universities and learn from
l faculty from all schools. Participating universities include: Colorado State University, Kansas State University,

EXHIBIT 11

David Hodgson PhD dissertation, approved under William S. Duff

616 words / 2% - CrossCheck
Hodgson, David A.. "Online learning applied to error modulated state setting control", 2012 25th IEEE Canadian Conference on Electrical and Computer Engineering (CCECE), 2012.

2

190 words / 1% - Internet from 14-Dec-2009 12:00AM
www.cs.colostate.edu

3

102 words / < 1% match - Internet from 12-Aug-2012 12:00AM
gradworks.umi.com

4

70 words / < 1% match - Internet from 28-Aug-2010 12:00AM
istec.colostate.edu

5

55 words / < 1% match - CrossCheck
Sorour Alotaibi. "NUMERICAL SIMULATION OF THE THERMAL CONTROL OF HEAT EXCHANGERS", Numerical Heat Transfer Part A Applications, 2/15/2002

6

50 words / < 1% match - Publications
JALILI-KHARAAJOO, Mahdi and ARAABI, Babak N.. "Neural network based predictive control of a heat exchanger nonlinear process", İstanbul Üniversitesi, 2004.

7

47 words / < 1% match - CrossCheck
Michael Anderson. "<![CDATA[MIMO Robust Control for HVAC Systems]]>", IEEE Transactions on Control Systems Technology, 5/2008

8

45 words / < 1% match - CrossCheck
Mishra, M.. "Transient behaviour of crossflow heat exchangers due to perturbations in temperature and flow", International Journal of Heat and Mass Transfer, 200603

9

42 words / < 1% match - Internet from 31-Mar-2010 12:00AM
www.cs.colostate.edu

10

39 words / < 1% match - Internet from 21-Oct-2010 12:00AM
saba.kntu.ac.ir

EXHIBIT 12

Approved Dissertation by Duff and James of G. Jang, 2010

641 words / < 1% match - CrossCheck
Grimsey, D.. "Are Public Private Partnerships value for money?", Accounting Forum, 200512

[×]
2

632 words / < 1% match - Internet from 31-Jan-2010 12:00AM
people.plan.aau.dk

[×]
3

540 words / < 1% match - Internet from 09-Feb-2006 12:00AM
faculty.eng.fiu.edu

[×]
4

484 words / < 1% match - Internet from 11-Nov-2010 12:00AM
learn.tsinghua.edu.cn

[×]
5

475 words / < 1% match - Internet from 19-Sep-2003 12:00AM
greenbook.treasury.gov.uk

[×]
6

417 words / < 1% match - Internet
www-esd.lbl.gov

[×]
7

392 words / < 1% match - Internet from 14-Mar-2010 12:00AM
www.mfcr.cz

[×]
8

390 words / < 1% match - Internet from 02-Oct-2011 12:00AM
or2010.informatik.unibw-muenchen.de

[×]
9

383 words / < 1% match - CrossCheck
Saxena, Shailesh, Mohd Zubair Khan, and Ravender Singh. "Performance Analysis in Distributed System of Dynamic Load Balancing Using Fuzzy Logic", 2012 Spring Congress on Engineering and Technology, 2012.

[×]
10

373 words / < 1% match - Internet from 02-Nov-2012 12:00AM
app.mof.gov.sg

EXHIBIT 13

# Message from the CSU President

Important mainly because of the people in the conversation.
Click to teach Gmail this conversation is not important.
Inbox|x

**hshelley@engr.colostate.edu** 7/15/13

to me

-------------------------- Original Message --------------------------
Subject: Message from the CSU President
From:   "Tony Frank - President" <presofc@colostate.edu>
Date:   Tue, November 29, 2011 7:26 pm
To:     "Colorado State University Community" <RamNOTICE@colostate.edu>
-----------------------------------------------------------------------

Dear Colleagues and Students:

By now, we're all far more familiar than we want to be with the
deeply troubling allegations facing Penn State University. While
this case is likely to continue to play out for a long time to come,
every university in the country ought to be looking at it as a
tragic lesson in how an institution--and all of us as individuals--
must be prepared to respond when serious problems and allegations
arise. Colorado State University is a learning community and the
right to feel safe here is fundamental to the life and integrity of
this campus. Each of us has a responsibility, both ethical and
legal, to uphold the safety and well-being of our community and one
another.

I want to be extremely clear on this point.  It is my expectation—
and a requirement of state and federal law—that any members of our
staff, faculty, or student body at Colorado State University who
have reasonable grounds to believe that a crime has been committed
will immediately report the suspected crime to law enforcement
authorities. The laws also guarantee protections against retaliation
to those who bring such issues forward.

To put it even more plainly: Any one of us—no matter our role or
position at this university—is required by law to notify police if
we believe we have knowledge of a crime, and no matter who is
involved in the alleged crime, your job or student status will not

I DID
BUT CSU
RETALLIED

EXHIBIT 13

be jeopardized simply because you contacted the police. Retaliation or reprisal for reports of misconduct brought forward in good faith is strictly prohibited by Colorado law. No one on this campus—no matter their role or stature-is above the law, and bringing your concerns forward is the right thing to do. In many cases, a failure to report has more than just moral implications—it can result in severe financial and legal penalties against the institution and those involved.

The U.S. Department of Education and the courts have also made it clear that Title IX of the Education Amendments of 1972 offers all of us protection from sexual harassment or sexual violence in CSU educational programs and activities.  Violations of Title IX and/or the University's discrimination policies—even if they don't rise to the level of criminal behavior—should be immediately reported to the Office of Equal Opportunity (http://oeod.colostate.edu/)

The following reporting mechanisms are freely available to the CSU community to bring issues of concern to the attention of the University and/or law enforcement:

Emergencies:  911
CSU Police Department:  970-491-6425 (http://police.colostate.edu/)
Fort Collins Police:  970-221-6540
CSU Compliance Reporting Hotline:  970-491-5552 (http://reportinghotline.colostate.edu/)
Mental Health and Safety Concerns—Tell Someone:  970-491-1350 (http://safety.colostate.edu/tell-someone.aspx)
Discrimination/Harassment—Contact the Office of Equal Opportunity: 970-491-5836 (http://oeod.colostate.edu/)

If you are interested in reviewing the applicable Colorado laws, they are posted on the CSUPD website:
http://police.colostate.edu/pages/requirement-to-report.aspx
http://www2.ed.gov/about/offices/list/ocr/sexharassresources.html
http://www2.ed.gov/admins/lead/safety/campus.html

In addition, as part of the University's ongoing obligation to report crime statistics on campus to the U.S. Department of Education, the University has detailed information available at www.safety.colostate.edu

This email provides an opportunity to make you aware of two of the newest mechanisms we've put in place to encourage people to come forward if they have concerns. First is the new Compliance Reporting Hotline (http://reportinghotline.colostate.edu/). Colorado State

EXHIBIT 14

>>===== Original Message From Presidents Office <presofc@colostate.edu> =====
>>
>>
> October 24, 2005
>
> TO:   The University Community
>
> FROM:  Larry Edward Penley, President
>
> It has come to my attention that a Colorado State student
> organization recently promoted an event on campus with a flyer that
> used graphic art depicting a black figure hanging from a tree. Given
> the historical context of lynching having been employed in our
> country as a method of racial murder and intimidation, use of this
> image is offensive and chilling.
>
> I hope that the student group involved did not intend to cause such
> offense in its efforts to promote what was otherwise a worthwhile
> program on state issues. However, any lack of intent does not
> diminish the harm that such an incident may cause. While the
> University and its faculty have a special responsibility to protect
> academic freedom and free speech, use of such an image justifiably
> angers and offends many people on our campus and in our community.
> Such an image could also be interpreted as contributing to a racially
> hostile environment under Title VI and Title VII of the U.S. Civil
> Rights Act.
>
> With this message, I want to make it very clear that such actions by
> any group, organization or individual affiliated with Colorado State
> will not be condoned by this institution and in no way reflect its
> views.
>
> I also want to remind all faculty and staff that we have an
> obligation, as educators, to assist students in making wise and
> informed choices and to help them understand why an image that might
> seem benign to them may be malignant to others. Section E.8.2 of the
> Academic Faculty and Administrative Professional Manual states that a
> faculty member, as citizen, is free of institutional censorship, but
> the Manual also states that a faculty member, as an officer of the
> institution and a member of the profession, takes on special
> obligations with the understanding that the public may judge the
> profession or the institution by his or her actions.
>
> Thus, the Manual makes clear that there are special obligations for

EXHIBIT 14

> faculty, including when dealing with students, particularly in an
> advisory capacity. Director of Equal Opportunity and Diversity Dana
> Hiatt has contacted the faculty advisor for the student organization
> involved and is following up with discussions with the Dean and
> Department Chair. I will work with Senior Vice President and Provost
> Tony Frank to ensure that the response to this matter is handled
> appropriately, in keeping with this university's commitment to
> diversity, civic education, and the Civil Rights Act.          NO ACTION
>
>
>

## AFFIDAVIT OF HERSHALL JOSEPH SHELLEY

Name: Hershall Joseph Shelley
Occupation: Consultant/Computerized Energy and Engineering Systems

I, Hershall Joseph Shelley, swear or affirm:

1. I am the Owner of Computerized Energy and Engineering Systems, located at 2401 Greenlee Drive, Austin, Texas 78703.

2. On or about July 6, 2001, William S. Duff, asked me for a Dell Computer ($3252.67). I loaned him one that Dell had made available to me with the understanding that the Colorado State University (CSU) ASME would get it. Later, I decided that the CSU Society of Women Engineer's (SWE) would be a better entity. I realized on or about 2003 and 7/25/04, that this was never done. I told Dean Sandra Woods and President Penley about this situation. I raised this issue again with Allen Kirkpatrick with no action. I was told by Omina El-Hakim that if I did a complaint that CSU would retaliate against me. After CSU graduation (conferral and PhD hooding by President Penley and Duff in 2005. I later raised this with Susan James, Willie Hopkins and W.S. Sampath in 2011. It was then that Duff told me that he had given it to some charity in Colorado. President Tony Frank said to report it to Fort Collins police and him and promised no retaliation as required by law. He did nothing about this matter. Later, I reported it to Michelle Haven by email at the CSU OEO and I am alleging that she told Duff and James. Omina was right about retaliation and I am alleging that it was based on age (68) and race (black and Native American Indian/Anglo). I am alleging that CSU and Duff used deception to obtain this Dell Computer from me and I want the $3252.67 returned to me so I can repay my promise to Dell.

3. CSU (Kirkpatrick, James and others) and Duff knew that this first (10MB) Dell Computer had CSU student records on it and was a FERPA violation. CSU and Duff decided that they could not give me back the second (20MB) Dell Computer with FERPA records from about 2005 to 2012. Deception, race and age discrimination was their way of retaliating against me at CSU.

3. See $3,252.67 said estimate that is attached as Exhibit A.

I SWEAR OR AFFIRM THAT THE ABOVE AND FOREGOING REPRESENTATIONS ARE TRUE AND CORRECT TO THE BEST OF MY INFORMATION, KNOWLEDGE, AND BELIEF.

_7/9/2014_    _Hershall J Shelley_
Date 7/9/2014        Hershall Joseph Shelley

STATE OF TEXAS
COUNTY OF TRAVIS

I, the undersigned Notary Public, do hereby affirm that ~~John Doe~~ Hershall Joseph Shelley personally appeared before me on the __9__ day of July 2014, and signed the above Affidavit as ~~his~~ free and voluntary act and deed.

_Debora Cano_

Notary Public



DEBORA CANO
NOTARY PUBLIC
STATE OF TEXAS

## AFFIDAVIT OF HERSHALL JOSEPH SHELLEY

Name: Hershall Joseph Shelley
Occupation: Consultant/Computerized Energy and Engineering Systems

I, Hershall Joseph Shelley, swear or affirm:

1. I live at 2401 Greenlee Drive, Austin, Texas 78703.
2. On or about July 8, 2014, Brenda L. Sabbagh, indicated by email that she never attended a Colorado State University (CSU) manufacturing simulation seminar provided by William S. Duff at the Dell Inc., located in Austin, Texas.
3. I am alleging that this Dell employee and one (1) other was charged and never attended by William S. Duff and Colorado State University/Colorado State Board of Agriculture in a Texas deceptive consumer protection and Business Code violation manner.
4. See email from Brenda L. Sabbagh Exhibit B.

I SWEAR OR AFFIRM THAT THE ABOVE AND FOREGOING REPRESENTATIONS ARE TRUE AND CORRECT TO THE BEST OF MY INFORMATION, KNOWLEDGE, AND BELIEF.

7/9/2014        *Hershall J Shelley*

Date 7/9/2014        Hershall J. Shelley

STATE OF TEXAS
COUNTY OF TRAVIS



I, the undersigned Notary Public, do hereby affirm that ~~John Doe~~ *Hershall Joseph Shelley* personally appeared before me on the __9__ day of July 2014, and signed the above Affidavit as his free and voluntary act and deed.

*Debora Cano*

Notary Public

DEBORA CANO
NOTARY PUBLIC
STATE OF TEXAS
MY COMM. EXP. 2/1/17

EXHIBIT   C

## AFFIDAVIT OF BRENDA L. SABBAGH

Name: Brenda L. Sabbagh
Occupation: Engineer

I, Brenda L. Sabbagh, swear or affirm:

1. I currently reside at 312 Briarwood Ln, Sulphur Springs, Texas 75482.

2. I formerly worked at the Dell Inc., located in Austin, Texas.

3. I recall talking to Professsor Williams S. Duff during the time he conducted the Colorado State University (CSU) manufacturing simulation seminar at the Dell Inc., in Austin, Texas.

4. I never attended the CSU manufacturing simulation seminar taught by Professor Duff while it was held at the Dell Inc., located in Austin, Texas.

5. See email Exhibit   C

I SWEAR OR AFFIRM THAT THE ABOVE AND FOREGOING REPRESENTATIONS ARE TRUE AND CORRECT TO THE BEST OF MY INFORMATION, KNOWLEDGE, AND BELIEF.

7/21/2014        Brnd h Sohbg

Date 7/21/2014        Brenda L. Sabbagh

STATE OF TEXAS
COUNTY OF HOPKINS

I, the undersigned Notary Public, do hereby affirm that Brenda L.Sabbagh personally appeared before me on the 21st day of July 2014, and signed the above Affidavit as a free and voluntary act and deed.

Notary Public



LAURA GRIGGS
Notary Public
STATE OF TEXAS
My Comm. Exp. 05-31-2018