IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2014 SEP -9 PM 4: 18
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

| | |
|---|---|
| HERSHALL JOSEPH SHELLEY, § | |
| PLAINTIFF, § | |
| § | |
| V. § | |
| § | CAUSE NO. 1:14-CV-516-LY |
| COLORADO STATE UNIVERSITY, § | |
| DEFENDANT. § | |

## ORDER OF REFERRAL

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Amend Original Complaint filed July 11, 2014 (Clerk's Doc. No. 7), Plaintiff's Motion for Leave to File Amended Complaint filed August 7, 2014 (Clerk's Doc. No. 9), and all motions, responses, and filings related thereto, are **REFERRED** to United States Magistrate Judge Andrew Austin for Report and Recommendation. *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72; Loc. R. W.D. Tex. Appx. C, Rule 1(d).

SIGNED this 9th day of September, 2014.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE