IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| HERSHALL JOSEPH SHELLEY | § | |
| PLAINTIFF | § | |
| | § | |
| V. | § | CIVIL NO. 1:14-CV-516-LY |
| | § | |
| COLORADO BOARD OF GOVERNORS | § | |
| (COLORADO STATE UNIVERSITY) | § | |
| et al, in its capacity as the entity charged | § | |
| with the general control and supervision | § | |
| of Colorado State University, | § | |
| DEFENDANTS | § | |

**PLAINTIFF SHELLEY'S RESPONSE TO THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Plaintiff Shelley files this response to the Report and Recommendation of the United States Magistrate Judge. The United States Magistrate Judge Andrew W. Austin is correct and Plaintiff Shelley supports him and his Report and Recommendation.

I. **Summary**

1. Defendants Colorado Board of Governors (CSU) forced Duff and others to take unfair and deceptive consumer protection treatment against Michael Dell, the Dell Inc, Dell employees and Plaintiff Shelley. Justice demands to be preserved.

2. Defendants Colorado Board of Governors (CSU) allowed Professor William S. Duff to enter into a three-way business contract with Plaintiff Shelley, the Dell Inc. and CSU. The terms were the Dell Inc. would supply approximately $1M of dissertation data for Plaintiff Shelley in exchange for a copy of Plaintiff Shelley's dissertation. This contract/agreement was breached on May 3, 2013.

3. Defendants Colorado Board of Governors (CSU) forced Plaintiff Shelley to transport FERPA student data across Texas borders in 2013 and 2014.

4. Defendants Colorado Board of Governors (CSU) treated Plaintiff Shelley unequal to David A. Hodgson. David Hodgson was less than 40 years old and Anglo. This occurred August 2013. Plaintiff Shelley is Native American Indian, black person who resides in Texas and greater than forty years old.

5. The Colorado Board of Governors (CSU) allowed Duff to overcharge the Dell Inc. and Plaintiff Shelley for tuition and a simulation manufacturing seminar. This was to benefit the Colorado State University. This happened as late as May 3, 2013.

6. Defendants threatened Plaintiff Shelley on multiple occasions about reporting these issues to the Department of Education, Department of Justice, the Office of Equal Opportunity at CSU and the CSU Graduate School as late as October 25, 2013..

By: _____
Hershall Joseph Shelley
2401 Greenlee Drive
Austin, Texas 78703
Telephone: (512) 477-316
Hershallshelley077@gmail.com

**PLAINTIFF HERSHALL JOSEPH SHELLEY,** *Pro Se*

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing **PLAINTIFF SHELLEY'S RESPONSE TO THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE** has been served to the Court and by First Class Mail upon the listed below on October 1, 2014. US Post 7014-0510-0002-0768-2201

Nanneska N. Hazel
114 W. 7th Street, Suite 1100
Austin, Texas 78701
Tel: (512) 495-1400
Attorney for Defendants

Hershall Shelley
2401 Greenlee Dr
Austin, TX 78703-1712

CERTIFIED MAIL

7014 0510 0002 0768 2201

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
U.S. COURT HOUSE
501 W 6th STREET, SUITE 1106
AUSTIN, TEXAS 78701



RETURN RECEIPT REQUESTED

U.S. POSTAGE PAID
AUSTIN, TX
78703
OCT 11, '14
AMOUNT
$6.00
00050437-14

RECEIVED
OCT 14 2014
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

10/11/2014

MR AUSTIN,

CAN YOU PLEASE FILE FOR COURT AND SEND ME A COPY.

SIGNED,

Marshall J Shelley