IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| HERSHALL JOSEPH SHELLEY §<br>PLAINTIFF §<br>§<br>V. §<br>§<br>COLORADO BOARD OF GOVERNORS §<br>(COLORADO STATE UNIVERSITY) §<br>et al, in its capacity as the entity charged §<br>with the general control and supervision §<br>of Colorado State University, §<br>DEFENDANTS § | CIVIL NO. 1:14-CV-516-LY |

## PLAINTIFF SHELLEY'S RESPONSE TO THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Plaintiff Shelley files this response to the Report and Recommendation of the United States Magistrate Judge. The United States Magistrate Judge Andrew W. Austin is correct and Plaintiff Shelley supports him and his Report and Recommendation.

### I.  Summary

1. Defendants Colorado Board of Governors (CSU) forced Duff and others to take unfair and deceptive consumer protection treatment against Michael S. Dell, the Dell Inc, Dell employees and Plaintiff Shelley. In the interest of Justice, we pray for Texas Court help.

2. Defendants Colorado Board of Governors (CSU) allowed Professor William S. Duff to enter into a three-way business contract with Plaintiff Shelley, the Dell Inc. and CSU. The terms were that the Dell Inc. would supply approximately $1M of dissertation data for Plaintiff Shelley in exchange for a copy of Plaintiff Shelley's dissertation. This contract/agreement was breached on May 3, 2013.

3. Defendants Colorado Board of Governors (CSU) forced Plaintiff Shelley to transport FERPA student data across Texas borders in 2013 and 2014.

4. Defendants Colorado Board of Governors (CSU) treated Plaintiff Shelley unequal to David A. Hodgson. David Hodgson was less than 40 years old and Anglo. This occurred August 2013. Plaintiff Shelley is Native American Indian, black person who resides in Texas and greater than forty years old.

5. The Colorado Board of Governors (CSU) allowed Duff to overcharge the Dell Inc. and Plaintiff Shelley for tuition and a simulation manufacturing seminar. This was to benefit the Colorado State University. CSU retaliated by denying registration in violation of their own written policies and procedures in the CSU handbook as late as May 3, 2013.

6. Defendants threatened Plaintiff Shelley on multiple occasions about reporting these issues to the Department of Education, Department of Justice, the Office of Equal Opportunity at CSU and the CSU Graduate School as late as October 25, 2013.

By: _____
Hershall Joseph Shelley
2401 Greenlee Drive
Austin, Texas 78703
Telephone: (512) 477-316
hershallshelley077@gmail.com

**PLAINTIFF HERSHALL JOSEPH SHELLEY, *Pro Se***

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing **PLAINTIFF SHELLEY'S RESPONSE TO THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE** has been served to the Court and by First Class Mail upon the listed below on October , 2014. US Post 7014-0510-0002-0768-2201

_____
Hershall Joseph Shelley

Nanneska N. Hazel
114 W. 7th Street, Suite 1100
Austin, Texas 78701
Tel: (512) 495-1400
Attorney for Defendants